Evelyn Galassi, Plaintiff-Appellee, v. Harold
E. Ream, Defendant-Appellant.

Gen. No. 11,358. 

Second District, First Division.

May 16, 1960.

 Pool and Lan-
ger, of Ottawa, for appellant; Joseph E. Lanuti, of Ottawa, and
Clinch & Weiland, of Peru, for appellee. Opinion by JUSTICE
SPIVEY. Not to be published in full.